**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2165**

———————

M. H. ALEXANDER,

Plaintiff - Appellant,

versus

PATAPSCO PARK ASSOCIATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-2320-MJG)

———————

Submitted:  January 16, 2003        Decided:  January 22, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

M. H. Alexander, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M. H. Alexander appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Alexander v. Patapsco Park Assoc.</u>, No. CA-02-2320-MJG (D. Md. Aug. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>